UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| JENNIFER SNEED | ) CHAPTER 13 CASE NO.  06-62625 |
| | ) |
| DEBTOR | ) |

**NOTICE FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 106000**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $1.58 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtor's case was completed in June 2010 and a refund check was sent to the Debtor in the amount of $1.58 in July 2010.
3. To date the check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $1.58 into U.S. Treasury Fund 106000 on behalf of Debtor, Jennifer Sneed, whose last known address was 771 Juniper Road, Valparaiso, IN 46385.

/s/   **Paul R. Chael**
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on October 27, 2010 to the attorney for the debtor and the United States Trustee and to the debtor by First Class Mail as stated below:

/s/   **Paul R. Chael**
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

Jennifer Sneed, 771 Juniper Road, Valparaiso, IN 46385